**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 06-6915**

―――――――――――

LARRY ARNOLD YOUNG,

                              Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield .  David A. Faber, Chief District Judge.  (1:88-cr-00112; 1:03-cv-00301)

―――――――――――

Submitted:  March 29, 2007          Decided:  April 3, 2007

―――――――――――

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Larry Arnold Young, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Arnold Young appeals the district court's order accepting the recommendation of the magistrate judge and denying Young's motion filed under former Fed. R. Crim. P. 35(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Young v. United States</u>, Nos. 1:88-cr-00112; 1:03-cv-00301 (S.D.W. Va. May 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>